# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AEI WINDDOWN, INC.,[1]<br><br>　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 17-10500 (KG) |
| AQUION LIQUIDATING TRUST, BY AND THROUGH ITS LIQUIDATING TRUSTEE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　　　　v.<br><br>AGROFERT USA, INC.,<br><br>　　　　　　　　　　　Defendant. | Adv. Proc. No. 19-50118 (KG) |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, Aquion Liquidating Trust, by and through its Liquidating Trustee (the "Plaintiff"), has requested entry of default against the defendant, Agrofert USA, Inc. (the "Defendant") in the above-captioned adversary proceeding.

Plaintiff requests that a default judgment in the amount of $81,368.20 plus $350.00 in Court costs be entered based on (a) the Entry of Default against Defendant, (b) the details of the Affidavit of Counsel in Support of (I) Plaintiff's Request for Entry of Default and (II) Plaintiff's Request for Entry of Default Judgment (the "Affidavit"), filed concurrently herewith, and (c) the Complaint for Avoidance and Recovery of Preferential Transfers Pursuant to 11 U.S.C. §§ 547 & 550, with the accompanying Summons and Certificate of Service,

---

[1] The Debtor in this chapter 11 case and the last four digits of the Debtor's U.S. tax identification number is AEI Winddown, Inc. (f/k/a Aquion Energy, Inc.) (1370). The Debtor's headquarters is located at AEI Winddown, Inc. (f/k/a Aquion Energy, Inc.) c/o Suzanne Roski, 1051 East Cary Street, Suite 602, Richmond, VA 23219.

attached to the Affidavit as Exhibit 1.  A form of Entry of Default Judgment is attached hereto as Exhibit A.

Dated: May 22, 2019

PACHULSKI STANG ZIEHL & JONES LLP

/s/ *signature*

Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Michael R. Seidl (DE Bar No. 3889)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
 dbertenthal@pszjlaw.com
 mseidl@pszjlaw.com

Counsel to the Plaintiff