# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AEI WINDDOWN, INC.,[1]<br><br>                 Debtor. | Chapter 11<br><br>Case No. 17-10500 (KG) |
| AQUION LIQUIDATING TRUST, BY AND THROUGH ITS LIQUIDATING TRUSTEE,<br><br>                 Plaintiff,<br><br>               v.<br><br>AGROFERT USA, INC.,<br><br>                 Defendant. | Adv. Proc. No. 19-50118 (KG) |

## JUDGMENT BY DEFAULT

Default has been entered against defendant Agrofert USA, Inc. Plaintiff has requested entry of judgment and has filed an affidavit of the amount due, which affidavit states that this defendant is not in military service. Furthermore, it appears from the record that this defendant is not an infant or incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against this defendant in favor of the plaintiff in the amount of $81,368.20 plus $350.00 in Court costs.

Dated: _____, 2019

                                                  */s/ Una O'Boyle*
                                                  Clerk of the Bankruptcy Court

                                                  By: _____
                                                           Deputy Clerk

---

[1] The Debtor in this chapter 11 case and the last four digits of the Debtor's U.S. tax identification number is AEI Winddown, Inc. (f/k/a Aquion Energy, Inc.) (1370). The Debtor's headquarters is located at AEI Winddown, Inc. (f/k/a Aquion Energy, Inc.) c/o Suzanne Roski, 1051 East Cary Street, Suite 602, Richmond, VA 23219.