IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AEI WINDDOWN, INC.,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 17-10500 (KG) |
| AQUION LIQUIDATING TRUST, BY AND THROUGH ITS LIQUIDATING TRUSTEE,<br><br>                Plaintiff,<br><br>        v.<br><br>AGROFERT USA, INC.,<br><br>                Defendant. | Adv. Proc. No. 19-50118 (KG) |

**CERTIFICATE OF SERVICE**

I, Michael R. Seidl, hereby certify that on the 22nd day of May 2019, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Plaintiff's Request for Entry of Default Judgment (with Exhibit A)**

_/s/ Michael R. Seidl_
Michael R. Seidl (DE Bar No. 3889)

---

[1] The Debtor in this chapter 11 case and the last four digits of the Debtor's U.S. tax identification number is AEI Winddown, Inc. (f/k/a Aquion Energy, Inc.) (1370). The Debtor's headquarters is located at AEI Winddown, Inc. (f/k/a Aquion Energy, Inc.) c/o Suzanne Roski, 1051 East Cary Street, Suite 602, Richmond, VA 23219.

DOCS_DE:223511.1 05436/001

AEI Winddown – Service List re Agrofert USA, Inc.
Adv. Case No. 19-50118 (KG)
Doc. No. 223348
03 – First Class Mail

**First Class Mail**
Larry Walters
Agrofert USA, Inc.
463 Johnny Mercer Blvd. B-7 #294
Savannah, GA  31410

**First Class Mail**
President or CEO
Agrofert USA, Inc.
463 Johnny Mercer Blvd. B-7 #294
Savannah, GA  31410

**First Class Mail**
John Difeo
Registered Agent for Agrofert USA, Inc.
3092 Bird Drive
Ravenna, OH  44266-9508